No. 11–222. PANCHENKO v. HOLDER, ATTORNEY GENERAL. C. A. 1st Cir. Certiorari denied.

No. 11–225. R. O., A MINOR, BY HIS PARENT AND GUARDIAN OCHSHORN, ET AL. v. ITHACA CITY SCHOOL DISTRICT ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–227. SYRIAN ARAB REPUBLIC v. GATES, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF ARMSTRONG, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 11–230. KIEN-PENG CIU ET AL. v. HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 11–240. WEST v. REED, SECRETARY OF STATE OF WASHINGTON, ET AL. Sup. Ct. Wash. Certiorari denied.

No. 11–241. WEST v. DOE ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–251. WALLACE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–254. WEI v. MISSOURI DIRECTOR OF REVENUE. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 11–258. LAWYER ET AL. v. VERIZON COMMUNICATIONS, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–263. MONTGOMERY v. CAPROCK INVESTMENT CORP. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 11–272. MARCHIONDO v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 11–283. FOX v. WARDY ET AL. Ct. App. Tex., 8th Dist. Certiorari denied.

